IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDINGS |
| | ) | |
| BRIAN DANIEL EDWARDS, | ) | BANKRUPTCY CASE NO. 15-13515 |
| | ) | |
| Debtor, | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| | ) | |
| BRIAN DANIEL EDWARDS, | ) | ADVERSARY PROCEEDING NO. 15-01172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO DISMISS COMPLAINT** |
| | ) | |
| NELNET, et al., | ) | |
| | ) | |
| Defendants, | ) | |

Comes now the Plaintiff, by and through counsel, and respectfully moves this honorable Court to dismiss Plaintiff's Complaint.

                                                                       Respectfully submitted,

                                                                /S/  *Kenneth P. Frankel*
                                                              KENNETH P. FRANKEL (0008788)
                                                              SMITH AND SMITH ATTORNEYS
                                                              110 Moore Road
                                                              Avon Lake, Ohio  44012
                                                              (440) 933-3231
                                                              (440) 933-4299 (FAX)
                                                              kpfsaz@excite.com
                                                              *Attorney for Plaintiff Brian Daniel Edwards*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's foregoing Motion to Dismiss Complaint was served on June 14, 2016, to the following:

Via the Court's Electronic Case Filing System to:

Renee A. Bacchus on behalf of U.S. Dept. of Education at Renee.Bacchus@usdoj.gov

Via Regular U.S. mail to the following:

Nelnet
P.O.Box 82561
Lincoln Nebraska  68501-2561

Nelnet
c/o Jeffrey R. Noordhoek, CEO
P.O. Box 2877
Omaha, Nebraska  68103-2877

United States Attorney General
U.S. Department of Justice
Constitution and 10th Streets, NW
Washington, DC  20530

United States Attorney for the
 Northern District of Ohio
801W. Superior Avenue
Suite 400
Cleveland, Ohio  44113-1852

/s/ *Kenneth P. Frankel*
KENNETH P. FRANKEL (0008788)
SMITH AND SMITH ATTORNEYS
*Attorney for Plaintiff*