IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDINGS |
| | ) | |
| BRIAN DANIEL EDWARDS, | ) | BANKRUPTCY CASE NO. 15-13515 |
| | ) | |
| Debtor, | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| BRIAN DANIEL EDWARDS, | ) | ADVERSARY PROCEEDING NO. 15-01172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF HEARING ON PLAINTIFF'S** |
| | ) | **MOTION TO DISMISS COMPLAINT** |
| NELNET, et al., | ) | |
| | ) | |
| Defendants. | ) | |

To All Parties in Interest:

The Plaintiff has filed a motion to dismiss his complaint. A hearing on this motion is scheduled on the 12th day of July, 2016, at 10:00 a.m.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If you do not want the Court to enter relief in accordance with the motion, or if you want the Court to consider your views on the motion, then on or before the 5th day of July, 2016, you or your attorney must:

File a written response, explaining your position at:

>Clerk of the United States Bankruptcy Court
>Howard M. Metzenbaum U.S. Courthouse
>201 Superior Avenue
>Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

>Kenneth P. Frankel
>Smith and Smith Attorneys
>110 Moore Road
>Avon Lake, Ohio 44012-0210

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

>Respectfully submitted,
>
>     /s/ *Kenneth P. Frankel*
>KENNETH P. FRANKEL (0008788)
>SMITH AND SMITH ATTORNEYS
>110 Moore Road
>Avon Lake, Ohio 44012
>(440) 933-3231
>(440) 933-4299 (FAX)
>kpfsaz@excite.com
>*Attorney for Plaintiff Brian Daniel Edwards*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's foregoing Notice of Hearing was served on June 15, 2016, to the following:

Via the Court's Electronic Case Filing System to:

Renee A. Bacchus on behalf of U.S. Dept. of Education at Renee.Bacchus@usdoj.gov

Via Regular U.S. mail to the following:

Nelnet
P.O.Box 82561
Lincoln Nebraska  68501-2561

Nelnet
c/o Jeffrey R. Noordhoek, CEO
P.O. Box 2877
Omaha, Nebraska  68103-2877

United States Attorney General
U.S. Department of Justice
Constitution and 10th Streets, NW
Washington, DC  20530

United States Attorney for the
 Northern District of Ohio
801W. Superior Avenue
Suite 400
Cleveland, Ohio  44113-1852

    /S/  *Kenneth P. Frankel*
KENNETH P. FRANKEL (0008788)
SMITH AND SMITH ATTORNEYS
*Attorney for Plaintiff*